UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Daniel Kris Lindstrom,                                              Case No. 05-53847-PJS
                                                                                 Chapter 7
                             Debtor.                              HON. Phillip J. Shefferly
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

      The enclosed check in the amount of $4.04 represents the total sum of unclaimed dividends (less than $5) in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the Parties entitled to these unclaimed dividends is as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 7 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $4.04 |
| | Total: | $4.04 |

Dated: September 15, 2009

                                          /s/Mark H. Shapiro, Trustee (P43134)
                                          24901 Northwestern Highway,
                                          Suite 611
                                          Southfield, MI 48075
                                          (248) 352-4700
                                          shapiro@steinbergshapiro.com